# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| MATTHEW GOUWENS, EMILY GOUWENS, HILLER HARDIE, SHARON HARDIE, KYLE RUSCHE, AND MEGHAN RUSCHE | : No. 234 WAL 2021<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Commonwealth<br>: Court |
| v. | :<br>:<br>: |
| INDIANA TOWNSHIP BOARD OF SUPERVISORS AND FOX CHAPEL ESTATES, L.P.  PETITION OF FOX CHAPEL ESTATES, L.P. | :<br>:<br>:<br>: |
| MATTHEW GOUWENS, EMILY GOUWENS, HILLER HARDIE, SHARON HARDIE, KYLE RUSCHE, AND MEGHAN RUSCHE | : No. 235 WAL 2021<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Commonwealth<br>: Court |
| v. | :<br>:<br>: |
| INDIANA TOWNSHIP BOARD OF SUPERVISORS AND FOX CHAPEL ESTATES, L.P. | :<br>:<br>:<br>: |
| PETITION OF: FOX CHAPEL ESTATES, L.P. | :<br>: |
| MATTHEW GOUWENS, EMILY GOUWENS, HILLER HARDIE, SHARON HARDIE, KYLE RUSCHE, AND MEGHAN RUSCHE | : No. 236 WAL 2021<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Commonwealth<br>: Court |
| v. | :<br>:<br>:<br>:<br>: |

| INDIANA TOWNSHIP BOARD OF SUPERVISORS AND FOX CHAPEL ESTATES, L.P. | : |  |
|---|---|---|
|  | : |  |
| PETITION OF: FOX CHAPEL ESTATES, L.P. | : |  |
|  | : |  |
| MATTHEW GOUWENS, EMILY GOUWENS, HILLER HARDIE, SHARON HARDIE, KYLE RUSCHE, AND MEGHAN RUSCHE | : | No. 237 WAL 2021 |
|  | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : |  |
| INDIANA TOWNSHIP BOARD OF SUPERVISORS AND FOX CHAPEL ESTATES, L.P. | : |  |
|  | : |  |
| PETITION OF: FOX CHAPEL ESTATES, L.P. | : |  |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.